# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   vs.<br><br>SETH I. TUIA,<br><br>               Defendant. | 3:11-PO-009-JDR<br>R3045898/AL13<br><br>**ORDER GRANTING<br>MOTION TO DISMISS**<br><br>(Docket No. 2) |

IT IS HEREBY ORDERED that, pursuant to the Government's Motion filed at Docket 2 in the above captioned matter to dismiss is hereby granted. It is further ordered that the trial by court scheduled for March 10, 2011 at 2:00 PM is hereby vacated.

DATED this 3rd day of March, 2011, at Anchorage, Alaska.

                                                    /s/ John D. Roberts
                                                    JOHN D. ROBERTS
                                                    United States Magistrate Judge